

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2022

No. 04-22-00678-CV

**ESTATE OF GLORIA MARIE SHRIVER, DECEASED**

From the County Court, Jim Wells County, Texas
Trial Court No. 13-07502-PR
Honorable Michael Ventura Garcia, Judge Presiding

# O R D E R

On October 27, 2022, the trial court reporter filed a notification of late record, notifying this court that the reporter's record was not filed when it was originally due because appellants have failed to pay or make arrangements to pay the reporter's fee for preparing the record. It is therefore **ORDERED** that appellants provide written proof to this court within ten (10) days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellants are entitled to appeal without paying the reporter's fee. The reporter's record must be filed no later than ten (10) days after the date appellants' written proof is filed with this court. If appellants fail to respond within the time provided, appellants' brief will be due within twenty (20) days from the date of this order, and the court will consider only those issues or points raised in appellants' brief that do not require a reporter's record for a decision. See TEX. R. APP. P. 37.3(c).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court